AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

United States of America
v.
Michael Dwayne Pitts

Case No: 21-cr-00271 (SRN/TNL)
USM No: 80743-509

Date of Original Judgment: 07/26/2022
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Douglas Olson
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant is ineligible for a sentence reduction because even though the 821 Amendment concerning status points lowered his applicable guideline range, he received a sentence that was less than the minimum of the new guideline range. Pursuant to U.S.S.G. § 1B1.10(b)(2)(A), the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 to a term that is less than the minimum of the amended guideline range.

Except as otherwise provided, all provisions of the judgment dated 07/26/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/01/2024

s/Susan Richard Nelson
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Susan Richard Nelson, United States District Judge
*Printed name and title*